IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AMERICAN STANDARD, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0286-WS-L |
| | ) |
| **ROBERT R. WILLIAMS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration, the parties' joint motion for entry of consent judgment as to injunctive relief and for dismissal with prejudice of all remaining claims, (Doc. 86), is **granted**. Consent judgment shall be entered accordingly by separate order. All other claims brought by any party are **dismissed with prejudice**, each party to bear its own costs.[1]

DONE and ORDERED this 22nd day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The parties request the Court to dismiss with prejudice "all other claims ... which could have been brought herein." (Doc. 86 at 2). The Court, of course, cannot dismiss claims that have not been asserted. The preclusive effect of the dismissal on unasserted claims the parties could have brought is governed by agreement (which the joint motion appears to constitute) or by res judicata and similar principles.